UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MATT FISKE | CIVIL ACTION |
| VERSUS | |
| LIBERTY MUTUAL INSURANCE COMPANY AND LIBERTY MUTUAL FIRE INSURANCE COMPANY | NO. 23-01034-BAJ-RLB |

### JUDGMENT

Considering Plaintiff's **Voluntary Motion To Dismiss Without Prejudice (Doc. 10)**, which is self-effectuating and dismisses the above-captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 27th day of November, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA